FILED
APR 2 5 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. NEWMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **08 0711** |
| ) | |
| TRAITORS-SADISTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court upon plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application to proceed *in forma pauperis* and will dismiss the complaint.

Plaintiff brings this action against defendants "Traitors – Sadists" among whom apparently are CBS News, the United States Army, the United States Navy, the United States Air Force, the Central Intelligence Agency, the "U.S. Space Command," and unidentified corporations and individuals. *See* Compl. In its entirety, the complaint reads as follows:

> 60 MINUTES PAIN BEAM PROGRAM IS A GOD DAMN TREASON. FUBAR [sic] FUNK UP BEYOND ALL RECOGNITION. THESE WEAPONS LEAD TO OTHER WEAPONS THAT WILL DESTROY EVERYTHING. THERE [sic] MISUSE ON ME IS TREASON. STOP THIS WHILE YOU CAN. GET ME A LAWYER.

*Id.*

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment

for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

As drafted, the Complaint utterly fails to comply with Rule 8(a). Neither the defendants nor the Court can determine the basis of this Court's jurisdiction, the nature of plaintiff's claim, or the relief plaintiff seeks. Accordingly, the Court will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion will be issued on this same date.

/s/ Royce C. Lamberth
United States District Judge

DATE: 4/8/08