**FILED**

APR 25 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY E. NEWMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.  08 0711 |
| TRAITORS-SADISTS, *et al.*, | ) ) ) |
| Defendants. | ) |

### DISMISSAL ORDER

For or the reasons stated in the accompanying Memorandum Opinion, it is hereby,

ORDERED that plaintiff's application to proceed *in forma pauperis* is **GRANTED**; and it is

FURTHER ORDERED that this action is **DISMISSED WITHOUT PREJUDICE**.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

DATE: 4/8/08

/s/ Royce C. Lamberth
United States District Judge

4